WESTERN SHOSHONE NATIONAL COUNCIL; Raymond Yowell; Allen Moss; Joe Kennedy; John Wells; Carrie Dann; Johnny Bobb; Benny Riley; The Timibisha Shoshone Tribe; Dann Band; Elko Band; South Fork Band; Winnemucca Indian Colony, Plaintiffs—Appellants,

v.

UNITED STATES of America, Defendant—Appellee.

Western Shoshone National Council; Raymond Yowell; Allen Moss; Joe Kennedy; John Wells; Carrie Dann; Johnny Bobb; Benny Riley; The Timibisha Shoshone Tribe; Battle Mountain Band, Plaintiffs,

and

Dann Band; Elko Band; South Fork Band; Winnemucca Indian Colony; Elko Band; South Fork Band; Te–Moak Tribe of Western Shoshone Indians; Winnemucca Indian Colony, Plaintiffs—Appellants,

v.

United States of America, Defendant—Appellee.

Nos. 06–16214, 06–16252.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 15, 2008.

Filed April 21, 2008.

Treva J. Hearne, Esq., Robert R. Hager, Esq., Hager & Hearne, Reno, NV, for Plaintiff–Appellant.

Stacey W. Person, Esq., Edward J. Passarelli, Esq., U.S. Department of Justice Environment & Natural Resources Division, Washington, DC, Gregory Addington,

Office of the U.S. Attorney, Reno, NV, for Defendant–Appellee.

Before: KOZINSKI, Chief Judge, GOULD and N.R. SMITH, Circuit Judges.

MEMORANDUM *

The district court properly dismissed the quiet title claims which are barred by the twelve-year statute of limitations in the Quiet Title Act. *See* 28 U.S.C. § 2409a(g). The remaining claims were properly struck as redundant or immaterial. *See* Fed.R.Civ.P. 12(f).

**AFFIRMED.**

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.